**Order entered November 19, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01348-CV

**THOMAS HANDLER, Appellant**

**V.**

**DON BUFORD JR., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-11354-1**

## ORDER

Before the Court is appellant's November 14, 2014 agreed motion for an extension of time to file his brief. Appellant's brief is currently due on November 19, 2014, not November 20, 2014 as stated in the motion. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **GRANT** the motion **TO THE EXTENT** that appellant file his brief by **DECEMBER 19, 2014**. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/　　ELIZABETH LANG-MIERS
　　　　JUSTICE